

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00649-CR

**EX PARTE** Jeremiah Jordan **BROWN**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 22-03-14361-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellant Jeremiah Jordan Brown's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 13, 2023.

_____
Irene Rios, Justice